```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  MATHEW W. PILE
    Associate General Counsel
 3  Office of Program Litigation, Office 7
    Oscar Gonzalez de Llano
 4  Special Assistant United States Attorney
            Social Security Administration
 5          Office of General Counsel
            6401 Security Boulevard
 6          Baltimore, MD 21235
            Telephone: (510) 970-4818
 7          Email: Oscar.Gonzalez@ssa.gov
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY ANN BURKS, o/b/o BAMAB (Minor),<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | No. 2:24-cv-02477-DMC<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty-three (33) days from January 8, 2025, to February 10, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

response. Counsel has multiple merit briefs currently due in district court cases within the next week. Counsel for Defendant was also out of the office for much of the previous couple weeks including December 23rd – 26th and December 30th – January 1st due to planned holiday as well as illness. Given upcoming competing workload requirements an extension until February 10, 2025, will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: January 7, 2025     By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: January 7, 2025     By:   *s/ Sherianne Laba* *
SHERIANNE LABA, ESQ.
Osterhout Berger Daly
(*as authorized by email)
Attorney for Plaintiff

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 10, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  January 8, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE